[No. 21695-7-II.    Division Two.    June 19, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN D.
MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 96-1-01043-3, Christine A. Pomeroy, J.,
entered January 31, 1997. *Reversed* by unpublished opinion
per Bridgewater, J., concurred in by Houghton, C.J., and
Hunt, J.

[No. 21891-7-II.    Division Two.    June 19, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RAY E.
RICHARDSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 96-1-02400-9, Terry D. Sebring, J., entered
April 15, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Morgan, J.

[No. 22081-4-II.    Division Two.    June 19, 1998.]

THE SPOKANE TRIBE OF INDIANS, *Plaintiff*, DAWN WATCH,
*Appellant*, v. THE DEPARTMENT OF HEALTH, DIVISION OF
RADIATION PROTECTION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-2-00972-4, Gary Tabor, J., entered May
15, 1997. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Seinfeld and Hunt, JJ.

[No. 33677-1-I.    Division One.    June 22, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. CLEO PALMER
REED, *Defendant*, RHETA MICHELE STILES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-03299-1, James A. Noe, J., entered
November 1, 1993. *Reversed* by unpublished per curiam
opinion.